**Opinion issued February 28, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-12-00978-CV**

————————————

**CHARISE WILSON, Appellant**

**V.**

**TIMOTHY ORTEGA, Appellee**

---

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-03567**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal. No opinion

has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.